UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LARRY A. BURNS)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>WILLY TRAN (10),<br>Defendant. | Case No. 06CR2450-10-LAB<br><br>**ORDER** |

GOOD CAUSE APPEARING AND PREVIOUS APPLICATION HAVING BEEN MADE, IT IS HEREBY ORDERED that Copy Connection be allowed to submit their billing for Order #1A-Amended for a total of $1378.68 plus sales tax, in the above entitled case on a CJA-21 form for payment.

SO ORDERED.

DATED: January 5, 2007

Larry A. Burns

**HONORABLE LARRY ALAN BURNS**
United States District Judge