**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**(HONORABLE LARRY ALAN BURNS)**

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. PHAT TAN HUYNH (6), Defendant | Case No.: 06-CR-2450-LAB **ORDER** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Court Appointed, Attorney, Debra R. Torres-Reyes, is authorized to file for payment under the Criminal Justice Act vouchers for research and review performed and to be performed by law clerks for **75** hours at the rate of $25.00 per hour. The vouchers are to be paid directly to the law clerks under the Criminal Justice Act.

IT IS FURTHER ORDERED that the law clerks may submit interim Criminal Justice Act vouchers for the services provided in this case..

**SO ORDERED.**

DATED: June 22, 2007

HONORABLE LARRY ALAN BURNS
United States District Judge