UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 06CR2450-LAB |
| Plaintiff, ) | |
| v. ) | ORDER OF DISMISSAL OF INDICTMENT WITHOUT PREJUDICE |
| VICTOR AFRICA GALANG (8), ) | |
| Defendant. ) | |

Upon application of the United States Attorney, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the indictment in the above-captioned case is dismissed without prejudice against defendant Victor Africa Galang only.

DATED: October 22, 2007

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge